

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00310-CV

**YATES ENERGY CORPORATION**, EOG Resources, Inc., Jalapeno Corporation, ACG3 Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell,
Appellants

v.

**BROADWAY NATIONAL BANK, TRUSTEE OF THE MARY FRANCES EVERS TRUST**,
Appellee

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2015PC2618
Honorable Tom Rickhoff, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we AFFIRM the probate court's April 12, 2017 Final Judgment as to appellant Yates Energy Corporation. We REVERSE the judgment as to appellants EOG Resources, Inc., Jalapeno Corporation, ACG3 Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell and REMAND this matter to the probate court for further proceedings consistent with our opinion.

We ORDER appellant Yates Energy Corporation and appellee Broadway National Bank, Trustee of the Mary Frances Evers Trust to pay the costs of this appeal.

SIGNED August 3, 2022.

_____
Beth Watkins, Justice